[Cite as *Felts v. ODRC S. Ohio Corr. Facility*, 2022-Ohio-1194.]

| | |
|---|---|
| BRIAN D. FELTS | Case No. 2021-00538PQ |
| Requester | Judge Patrick E. Sheeran |
| v. | <u>JUDGMENT ENTRY</u> |
| ODRC SOUTHERN OHIO CORRECTIONAL FACILITY | |
| Respondent | |

**{¶1}** On February 16, 2022, a Special Master issued a Report and Recommendation (R&R) in this public-records case.  The Special Master recommends (1) denying Requester's claim for production of records for failure to show that the requested record exists in Respondent's keeping and (2) assessing court costs to Requester.  (R&R, 8-9.)

**{¶2}** Neither party has timely filed written objections to the Report and Recommendation, as permitted by R.C. 2743.75(F)(2).  Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a special master's report and recommendation, then this Court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation."

**{¶3}** The Court determines that there is no error of law or other defect evident on the face of the Special Master's Report and Recommendation of February 16, 2022. The Court adopts the Report and Recommendation.  The Court denies Requester's claim for production of records for failure to show that the requested record exists in

Respondent's keeping.  Court costs are assessed to Requester.  The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.


_____

PATRICK E. SHEERAN
Judge


**Filed March 22, 2022**
**Sent to S.C. Reporter 4/8/22**